# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 15, 2026

**BY ECF**

The Honorable Arun Subramanian
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    **United States v. Alazim Baker**
       **26-CR-019 (AS)**

Dear Judge Subramanian,

Alazim Baker, through undersigned counsel, respectfully writes to update the Court following the Court's April 14, 2026 order (Dkt.17), which instructed the parties to confer with pretrial services about the proposed modifications to Mr. Baker's bond conditions and release order.  Since then, pretrial services has written to the Court confirming that Mr. Baker can be courtesy supervised by the District of New Jersey, and that they can accommodate him being placed on standalone GPS Monitoring even while he resides at the Integrity House inpatient treatment facility.  Accordingly, Mr. Baker asks the Court to grant his motion to modify his current bond conditions as follows (modifications have been italicized):

- $50K Bond Co-Signed by *Two Financially Responsible Persons*;
- Stand-Alone GPS Monitoring;
- Release to a Long-Term Inpatient Substance Abuse and Mental Health Treatment Program at Integrity House in *Secaucus, NJ*, under the Supervision of Pretrial Services;
- Transportation from the *SDNY United States Courthouse (500 Pearl Street)* to Integrity House *with a Federal Defenders of New York Employee to Accompany Mr. Baker*;
- An Update to the Government and Pretrial Services at Least One Month before Mr. Baker's Release from Inpatient Treatment;
- Surrender any Travel Documents;
- Travel Limited to SDNY/DNJ;
- Continued Detention until *Thursday, April 16, 2026, on which date the USMS shall produce Mr. Baker to the SDNY United States Courthouse (500 Pearl Street) for release*

Baker's unopposed request to modify the bond conditions is GRANTED. The Court enters the modified conditions in blue above.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 16 and 19.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 15, 2026

Respectfully Submitted,
/s/
Kristoff Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

2