# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 1, 2026

**BY ECF**

The Honorable Arun Subramanian
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    **United States v. Alazim Baker**
       **26-CR-019 (AS)**

Dear Judge Subramanian,

The parties jointly write to request that the Court adjourn the status conference currently scheduled for May 6, 2026, and instead order a pretrial motions briefing schedule and a later conference date.

On April 16, 2026, Alazim Baker was released from custody to the Integrity House inpatient treatment center in Secaucus, NJ. While there, Mr. Baker will undergo mental health and substance abuse treatment over the next several months. To avoid disrupting Mr. Baker's inpatient treatment at this early stage, the parties propose that, in lieu of holding a status conference on May 6, 2026, the Court order a pretrial motions briefing schedule to keep the case moving forward, and set a later status conference, at a time when Mr. Baker will have progressed further in his treatment. The parties propose the following schedule:

- Pretrial Motions (if any):  June 29, 2026

- Responses:                  July 20, 2026

- Replies:                    August 3, 2026

- Status Conference:          August 10, August 12, or August 13

Furthermore, Mr. Baker, through undersigned counsel, has no objection to the exclusion of time under the Speedy Trial Act through the next status conference date.

1

GRANTED.

The status conference scheduled for May 6, 2026 is hereby ADJOURNED to **August 12, 2026 at 2:00 PM**. The time through the next conference date is excluded for purposes of the Speedy Trial Act under 18 USC 3161(h)(7), as the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, in light of the defendant's treatment, the need for time to review discovery and prepare for trial, and to discuss any pretrial resolution.

The parties' proposed briefing schedule for pretrial motions is ADOPTED.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 16 and 24.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 1, 2026

Respectfully Submitted,
/s/
Kristoff Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

2